IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD E. MARKS                                                                PETITIONER
Reg. #06368-097

V.                              NO.  2:10cv00059 BSM-JWC

T.C. OUTLAW, Warden,                                                            RESPONDENT
FCI, Forrest City, AR

## ORDER

Petitioner, a federal prisoner proceeding pro se, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 2), along with a supporting memorandum and affidavit (docs. 3, 4).  Pursuant to the Court's May 3, 2010 order (doc. 5), he has paid the $5.00 statutory filing fee (doc. 7).  The Clerk of the Court is directed to serve, by regular mail, a copy of the petition and its supporting filings (docs. 2, 3, 4) and this order on Respondent and the United States Attorney.  Respondent is directed to file an answer, motion, or other responsive pleading within twenty-one (21) days of service of the petition, exclusive of the day of service.  *See* Rules 4 & 5, Rules Governing § 2254 Cases in United States District Courts; Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).

IT IS SO ORDERED this 25th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE