IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD E. MARKS                                                                                        PETITIONER
Reg. #06368-097

V.                                         NO.  2:10cv00059 BSM-JWC

T.C. OUTLAW, Warden,                                                                                  RESPONDENT
FCI, Forrest City, AR

## ORDER

Respondent has filed a response to this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 13).  If Petitioner desires to file a reply, he is directed to do so on or before July 28, 2010.

IT IS SO ORDERED this 28th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE