**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RICHARD E. MARKS,**
Reg. #06369-097                                                                                          **PETITIONER**

v.                                        **CASE NO. 2:10cv00059 BSM**

**T.C. OUTLAW**                                                                                          **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerry Cavaneau [Doc. No. 19] have been received. Richard Marx has filed objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Richard Marks's 28 U.S.C. § 2241 petition for writ of habeas corpus [Doc. No. 2] is denied.

2.      Petitioner's motions for hearing [Doc. No. 17] and for order to show cause [Doc. No. 18] are denied as moot.

IT IS SO ORDERED this 25th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE