**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RICHARD E. MARKS**
Reg. #06368-097                                                                                          **PETITIONER**

v.                                        **CASE NO. 2:10cv00059 BSM**

**T.C. OUTLAW**                                                                                         **RESPONDENT**

## JUDGMENT

In accordance with the order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing it in its entirety, without prejudice.

IT IS SO ORDERED this 25th day of January, 2011.


_____
UNITED STATES DISTRICT JUDGE